IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LUTHER E. COUNCIL, JR.,

    Plaintiff,

vs.                                      Case No. 4:12cv430-MW/CAS

CITY OF TALLAHASSEE,

    Defendant.

                                              /

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, filed an employment discrimination complaint on August 23, 2012. Doc. 1. An Order was entered on August 29, 2012, directing service and explaining to Plaintiff what must be accomplished to effect service of process. Doc. 3. That Order reminded Plaintiff that it was his responsibility to serve the Defendant with a copy of the complaint and that service must be accomplished within 120 days as required by Rule 4(m). *Id.* As of November 26, 2012, the docket for this case did not reflect that any action had taken place since the Order was entered directing Plaintiff to serve the complaint. Thus, an Order was entered reminding Plaintiff that service must be completed by Thursday, December 27, 2012, or the case might be dismissed for failure to comply with F<small>ED</small>. R. C<small>IV</small>. P. 4(m). Doc. 5. The Order also directed Plaintiff to

file a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) if Plaintiff no longer desired to prosecute this case. *Id.*

As of this date, Plaintiff has not responded to that Order, doc. 5, and the docket does not demonstrate that service has been carried out on the Defendant. Therefore, because more than 120 days have now elapsed, it is recommended that this case be **DISMISSED** for failure to prosecute, failure to serve the complaint as required by FED. R. CIV. P. 4(m), and failure to comply with court orders.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to prosecute, failure to comply with FED. R. CIV. P. 4(m), and for failure to comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on January 2, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**