IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LUTHER E. COUNCIL, JR.,

      Plaintiff,

v.                                      CASE NO. 4:12-cv-430-MW/CAS

CITY OF TALLAHASSEE,

      Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.7, filed January 2, 2013. Upon consideration

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk must enter judgment stating, "Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with Fed. R. Civ. P. 4(m), and for failure to comply with court orders." The Clerk must close the file.

SO ORDERED on January 24, 2013.

                                                  s/Mark E. Walker
                                                  United States District Judge